# IN THE SUPREME COURT OF THE STATE OF NEVADA

HATTIE BLUE,
Appellant,
vs.
JMMR INVESTMENTS LLC,
Respondent.

No. 74563



FILED

DEC 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 30, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Ronald J. Israel, District Judge
Hattie Blue
Karsaz & Associates
Eighth District Court Clerk

17- 44973